**Copyrights-In-Suit for IP Address 75.70.130.162**

**ISP:** Comcast Cable
**Location:** Breckenridge, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 01/20/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/21/2012 |
| Mutual Orgasm | PA0001783357 | 03/09/2011 | 03/25/2012 | 01/19/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 01/16/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 01/20/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 01/19/2013 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/18/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/18/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/18/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/18/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 01/19/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  11**

EXHIBIT B

CO119