IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00644-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.70.130.162,

    Defendant.

## ORDER

THIS MATTER is before the Court on plaintiff, Malibu Media, LLC's, Notice Of Voluntary Dismissal Without Prejudice Of John Doe [ECF No. 20], filed on July 18, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, John Doe, subscriber assigned IP address 75.70.130.162, should be dismissed without prejudice from this action.  Accordingly, it is

ORDERED that defendant, John Doe, subscriber assigned IP address 75.70.130.162, should be **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 22, 2013.

                                          BY THE COURT:

                                          <u>/s/ Wiley Y. Daniel</u>
                                          Wiley Y. Daniel
                                          Senior U.S. District Judge